IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00056-PAB-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.  JAIME LOPEZ,

    Defendant.

_____

## ORDER

_____

This matter is before the Court on the Government's Motion to Dismiss Counts

One and Twenty [Docket No. 629]. The Court has reviewed the pleading and is fully

advised in the premises. It is

ORDERED that the Government's Motion to Dismiss Counts One and Twenty

[Docket No. 629] is granted. Counts One and Twenty of the indictment are dismissed.


DATED April __/__, 2011.

                                    BY THE COURT:


                                    _____
                                    PHILIP A. BRIMMER
                                    United States District Judge